*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):DAVID RANDY PETE

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:PRO SE

   For appeals in an adversary proceeding.
   - ☐ Plaintiff:YES
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: _CASE :PLANTIFFS DAVID PETE VS _ROBERT C DUNN ET AL DEFENDENT (CIVIL ACTION :1:21-CV-546) IV RECOMMENDATION :ACCORDINGLY ,the undersigned recommends that Defendents'Amended Motion to Dismiss be granted _____

### Part 3: Identify the other parties to the appeal

2. State the date on which the judgment, order, or decree was entered: _May 11,2022_

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _Magistrate judge _____ Attorney: ___ MICHAEL J TRUNCALE 300 WILLOW SUITE 104 BEAUMONT TX 77701_____

2. Party: _MAGISTRATE JUDGE _____ Attorney: ____ZACK HAWTHORN 300 WILLOW SUITE 104____BEAUMONT TX 77701_____

Official Form 417A     Notice of Appeal and Statement of Election     page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_[signature]_  Date: ____5/20/2022_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
___DAVID RANDY PETE 6355 CHINN LN 2105 BEAUMONT TX 77708_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

David R Pata
6355 Chinn Ln #2105
Beaumont, TX 77708

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 0 9 2022
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX 773
7 JUN 2022 PM 2 L

U.S. Court of Appeals
300 Willow Street
Beaumont, TX 77701