# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 13, 2022

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

    No. 22-40374   Pete v. Dunn
                        USDC No. 1:21-CV-546

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Shawn D. Henderson, Deputy Clerk
                                  504-310-7668

cc w/encl:
    Mr. David R. Pete
    Ms. Elizabeth Rice
    Mr. Charles Cory Rush