# United States Court of Appeals
# for the Fifth Circuit

No. 22-40374

United States Court of Appeals
Fifth Circuit
**FILED**
September 13, 2022
Lyle W. Cayce
Clerk

David R. Pete,

*Plaintiff—Appellant*,

versus

Robert C. Dunn, *School Board President*; Dennis Wallace Spooner, *School Board Member*; Malida Hickman; Stacey Lewis, Jr.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CV-546

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of September 13, 2022, for want of prosecution. The appellant failed to timely file a sufficient brief.

No. 22-40374

                                          LYLE W. CAYCE
                                          Clerk of the United States Court
                                          of Appeals for the Fifth Circuit

By: _____
      Shawn D. Henderson, Deputy Clerk
ENTERED AT THE DIRECTION OF THE COURT